UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Angela Mason,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.1:12-cv-1893-LJM-TAB |
| ) | |
| **Full Spectrum Litigation Company, LLC** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Angela Mason, by counsel, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp& Associates
5218 S. East St., Ste. E1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
steinkamplaw@yahoo.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 20, 2013 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Gary Pasley
Registered Agent for Defendant
8200 Winterwood
Stanton, CA 90680

Kevin Clarke
(Contact person for Defendant)
wws@assetrg.biz

                                        Respectfully Submitted,

                                        /s/John T. Steinkamp
                                        John T. Steinkamp
                                        5218 S. East Street, Suite #E-1
                                        Indianapolis, IN  46227
                                        (317) 780-8300
                                        (317) 217-1320 fax
                                        steinkamplaw@yahoo.com